Related
DDS

Page 1 of 4

```
FILED
CLERK, U.S. DISTRICT COURT

MAR 2 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

Marlin Gougher
3600 Guard Road
Lompoc, CA  93436

CV23-2307-FMO(PD)

Marlin Gougher, Private Citizen,
    In Propria Persona,              Civil Case No:
            Plaintiff
        v.

Collette S. Peters, Director
    of the Federal Bureau of
    Prisons, et. al., in Official Capacity
            Defendant(s)

United States District Court

For the Central District of California

I, Marlin Gougher, am proceeding in Propria Persona.  I request the court to stand up for my Constitutional rights as well as other inmates in a similar sitution as I have no knowledge of the law, and the judge is supposed to know the law, I am not supposed to tell the judge the law, and the judge is supposed to take an Oath to uphold my Constitutional rights.

We as inmates have lost our freedom but are to be protected against cruel and usual punishment.  I request the court to protect us here against psychological torture as well as the denial our property.  In addition the United States has signed a treaty with the United Nations in which there is Supreme Court precedent that when we sign a treaty that law becomes our law therefore I am quoting United Nations Universal Declaration of Human Rights Article 5:  "No one shall be subjected to torture or to cruel, inhumane, or degrading treatment or punishment".  Pyschological torture is included in the CAT III in applying for political asylum in another country that is signed by member countries of the United Nations.

The background is rather simple, all you have to do is read the BP-8, B-9, BP-10, and BP-10 in the PLRA grievance process.  BP-8 is Exhibit "A", BP-9 is Exhibit "B", BP-10 I sent in the mail but I cannot locate the copy, BP-11 is Exhibit "I".  The BP-8, BP-9, and BP-10 were all ignored, or thrown in the trash or intercepted and thrown in the trash.  I did receive an answwer from Central Office on the BP-11 which is Exhibit "J".  I swear under penalty of purjury I went through the grievance process and have exhausted the remedy process.  I believe I should not have to go through the whole process again.  In my opinion, the grievance process is not working here at Lompoc or is being prevented from working by staff and upper staff and the PLRA should be removed and given back to the courts or at least have some kind of strong oversight.  The court needs to send a message to CO A. Razo and other staff that psychological torture is not acceptable.

It is obvious that CO A. Razos was looking to psychologically torture inmate(s) that day and this needs to be stopped here at Lompoc and system-wide. The government officials/officers are supposed to be role models for the rest of society, yet they are not. They are allowed to break the law on a consistent basis but expect the rest of society to obey. Here CO A. Razos broke the law by breaking the Code of Federal Regulations pertaining to program statement 5. Procedures for Handling Contraband §553.13, (b)(2)(i) and (iii) "The **Confiscation** and Dispostion of Contraband **form** (BP-A0402) will be Completed", as well as the Constitution, &(UNUDHR).

The Director of the BOP, Collete S. Peters, has ultimate responsibility for the actions of her staff(s) actions is why she is named in this suit. CO A. Razo is negligent as well as the Director of the BOP, Collete S. Peters whom is responsible for his actions.

Please note that I also sent a request to prosecute and a request for a restraining order against CO A. Razo via the U.S. Attorny's Office in Los Angeles, see Exhibit "E" dated 7/13/22 the day after the incident.

<center>Retaliation</center>

Any searches of my body, bed area, locker shall be considered retaliation. In addition any movement of bed locations in the facility shall be considered retaliation. Also any moves to other institutions shall be considered retaliation. Any frivilous write ups will be considered retaliation. I request the court to issue sanctions if retaliation is evident or increase the remedy request amount. In addition, calling me to the Leutenant's Office and/or making me sit on the Leutenant's bench for hours in the cold shall be retaliation.

REMEDY

I am seeking reimbursement for all the property that was stolen from me and for all the copies I have to make and for the psychological torture that I have endure and still endure because I am afraid to go out to the yard now.

| | | |
|---|---|---|
| Stolen Items: | $36.80 | |
| Copies | 30.00 | |
| Psychological Torture since 7/12/2022 | 26,100.00 | at $100.00 per day and continuing |
| Filing Fees | 450.00 | |
| | $26,616.80 | Current Total |

I requesting the court to make the plaintiff pay my filing fees.

Date:  3/16/23

Respectfully,

Marlin Gougher

*Exhibit A*

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 7/12/22 |
|---|---|
| FROM: Marlin Gougher | REGISTER NO.: 71150097 |
| WORK ASSIGNMENT: N/A | UNIT: B    Bed Assignment: C03-003L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request. A. Roz205

on 7/12/22 at 6pm coming back back from recreation yard move t. the
dorm CO A. hases pulled me out of the line coming back and asked if I knew
why he pulled me out and I had no idea because I tucked my t-shirt
in before leaving the yard, he stated that my new t-shirt was untucked.
I looked down and pulled on it was tucked in but loosely hanging out.
I said "This little hot", "come on", and then he flew in a rage. This g.
is psychotic and his behavior is unacceptable and he should not be working
the B.O.P. He proceeded to confiscate my Coum bag, my coffee cup, my hat, my
sunglasses and my Thermal shirt) we all have the receipts on I want it

CC: ACLU, Queen Ann Gougher, Marlin Gougher, Attorney Cotton
Back or Gunn I am going to file theft charges and a tort claim.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Copies

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Exhibit "B"

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Gougher, Marlin L (LAST NAME, FIRST, MIDDLE INITIAL) — 71150097 (REG. NO.) — B (UNIT) — Lompoc-Low (INSTITUTION)

**Part A- INMATE REQUEST** Because I've been told that issues have to be separated, I am writing two separate BP-9s. This is #1. This request is that Counselor CO A. Razos be disciplined for his conduct and for not following the law. On 7/1?/22 at 1:00pm as I was coming back the recreation yard move to the dorm CO Razos pulled me out of the line and I had no idea because I tucked my shirt in before leaving the yard. He stated that my t-shirt was untucked, I looked down and pulled on it, it was tucked in but just a tiny bit loose and I said "This little bit", "come on", A. Razos then flew into a rage and stoled my gym bag, my coffee cup, my base ball style hat, my sunglasses, my shower shoes, and my thermal shirt, without following the code of Federal Regulations and program statement by giving me a confiscation form immediately. This guy is psychotic and his behavior is unacceptable, he should not be working for the BOP. A BP-8 along with receipts was given to his supervisor Commacho, Unit Mgr of A dorm as I emailed AW Greene and spoke to AW Greene and was instructed by AW Greene to file a BP-8 to Unit Mgr of A building Commacho, in which I did on 7/1?/22. I have not received a response from Commacho. Be aware that copies of the BP-8 have been sent, Director of the BOP, ACLU, Attorney Carlton F. Gunn, Queen Ann Gougher, Martin Gougher, and U.S. Attorneys Office in Los Angeles, and AW Greene

6/29/22 — DATE

Marlin [signature] — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: ____________

CASE NUMBER: ____________

**Part C- RECEIPT**

Return to: LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____________

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Exhibit "C"*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Gougher, Marlin L        7150097        B        Lompoc-low
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** Because I've been told that issues have to be separated, I am writing two separate BP-9s. This is #2. This request is that I be made whole with new property that was stolen from me by counselor CO A. Razos on 7/12/22. His supervisor Unit Mgr of A Denn Commacho has the BP-8 along with copies of the receipts. On 7/12/22 at 1pm as I was coming back from the recreation and move to the door CO A. Razos pulled me out of the line and asked me if I knew why he pulled me out and I had no idea because I had tucked my t-shirt in before leaving the yard, he stated that my t-shirt was untucked, I looked down and pulled on it, it was tucked in but just a tiny bit loose, and I said "this little bit," "come on", A. Razos now flew into a rage and stole my gym bag, my coffee mug, my baseball style hat, my sunglasses, my shower shoes, and my thermal shirt without following the code of Federal regulations and program statement by giving me a confiscation form immediately, in fact not at all. This guy is psychotic and his behavior unacceptable, please issue new property to me that was stolen by A. Razos. A BP-8 was given to his supervisor on 7/18/22 Commacho Unit Mgr of A Building and copies given to Director of the BOP Collette S. Peters, ACLU, Attorney Carlton F. Gunn, Queen Ann Gougher, Marlin Gougher, W. Greaves and the U.S. Attorney's Office in Los Angeles.

8/24/22
DATE

Marlin
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____        _____
DATE                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: _____

                                     CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____        _____
DATE                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER        BP-229(13)
                                                APRIL 1982

Exhibit "D"

SALES INVOICE ---Personal Inmate Information ---
San Diego MCC
MAIN
ACCOUNT No. 71150097          TF35521
GOUGHER, MARLIN LEE
08/03/17 Time 12:56:15        TX ID 2280927
                             Receipt# 112

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $264.62

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | 8OZ COLUMBIAN COFFEE 12/CS | $6.80 |
| 1 | BICYCLE PLAYING CARDS 12 BX | $2.60 |
| 2 | CASERA SAUCE 12 C/S | $2.40 |
| 3 | CHERRY JOLLY RANCHER | $4.35 |
| 4 | CHICKEN SOUP | $1.00 |
| 4 | CHILI RAMEN 24/CS OR 2880/PLT | $1.00 |
| 3 | CHOCOLATE CHIP COOKIES | $6.00 |
| 2 | CHORIZO REFRIED BEANS 60C/S | $2.60 |
| 1 | FOLGERS TRADITIONAL ROAST 24/C | $3.90 |
| 1 | LEVEL 10 BOWL 12C/S | $2.80 |
| 1 | LOBO FLOUR TORTILLAS | $1.60 |
| 1 | NACHO TORTILLA CHIPS 10 OZ | $1.65 |
| 1 | NEW HONEY | $3.25 |
| 1 | NEW MUGS 48/CS | $2.05 |
| 1 | PANCHOS SHREDDED BEEF 24/CS | $3.35 |
| 1 | PEPSI 12PK | $8.15 |
| 1 | POP TART VARIETY PACK | $3.50 |
| 1 | TASTER'S CHOICE 8 OZ | $9.00 |
| 1 | VELVEETA SPICY CHEESE 12/CS | $3.00 |
| | # ITEMS SOLD: 31 | |
| | CHARGE  71150097 | $69.00 |

*(handwritten annotation next to NEW MUGS 48/CS: "Now $3.25 coffee Mug")*

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $195.62

Fingerprint Verified

Signature

Exhibit "D"

SALES INVOICE ---Personal Inmate Information ---
Lompoc FCC
LOW
ACCOUNT No. 71150097                TF49777
GOUGHER, MARLIN LEE
03/06/18 Time 18:13:50         TX ID 6673014
                               Receipt# 54

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $139.20

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 3 | (L) SRIRACHA PEANUTS 42/CS | $3.45 |
| 1 | ***MESH SHORTS LG*** | $11.95 |
| 2 | ***SAZON W/CLNTO&AHTE 24/CS*** | $1.80 |
| 3 | 9X12 ENVELOPES #6503021 100/CS | $0.90 |
| 1 | BLK SLIPPERS (13/14) #01664/36 | $3.50 |
| 2 | BUDDY BARS#870/24 | $3.60 |
| 1 | CRUZ DARK CHOCOLATE/48 | $1.30 |
| 1 | FDARK SOY SAUCE#8082008/12 | $1.60 |
| 1 | FOREVER STAMP | $9.80 |
| 1 | IBUPROFEN #Q1731/24 | $2.60 |
| 1 | JALAPENO SLICE PEPPERS#C312/12 | $1.50 |
| 1 | LOBOS FLOURTORTILLA18/CS #E655 | $1.50 |
| 2 | M & M PEANUT #8008018/384 | $1.90 |
| 1 | MINCED GARLIC 2 OZ - 12/CS | $1.00 |
| 1 | OCEAN AFTER SHAVE 12/EA | $1.30 |
| 2 | PEPERONI DELI BITES 18/CS | $4.10 |
| 1 | SNACK CRACKERS 12/CS | $2.35 |
| 1 | STRWBERRY JELLY 12/CS | $3.25 |
| 2 | THAI NOODLES #3092/24 | $1.30 |
| 1 | TOAST'EM STRW POP 12/CS | $1.80 |
| 1 | TORTILLA RDS 12/CS #G860 | $2.20 |
| 1 | WHITE CHEDDAR #5133/16 | $1.10 |
| | # ITEMS SOLD: 31 | |
| | CHARGE  71150097 | $63.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $75.40

Fingerprint Verified

Signature

Exh. 1.70

**Left receipt:**

```
Lompoc FCC
LOW
Account No. 71150097    TF51477
GOUGHER, MARLIN LEE
02/06/2018 06:05:36 PM TX#6629781    45

BEGINNING BALANCES:
Available Balance is $101.79
Spending Limit Balance is $180.00
Account Balance is $101.79

Qty  Description              Price

  1 WLSN TENNIS BALLS         $4.55
  1 COMBINATION LOCK/         $8.80
  1 BUNNY TRACK ICE C         $2.35
  2 TOAST'EM STRW  FO         $3.50
  1 FLEXFIT HAT/GRY/S        $8.45
  1 BEANS W/ CHORIZO#         $1.45
  1 FOLGERS COFFEE A1         $7.85
 10 HAWAIIAN PUNCH -         $13.00
 -9 HAWAIIAN PUNCH -       ($11.70)
  1 DR. PEPPER # -38         $3.35
  1 COCA COLA #1000/3         $3.35
  1 REFRIED BEANS #E5         $1.40
  1 MAYONAISE #E532T/         $2.30
  1 VELVEETA JALAPENO         $3.90
  1 SHAVING CREAM #22         $2.65
  1 SUNGLASSES, UHANA         $7.20
  3 BEEF RAMEN #80841         $0.90
  3 TOP RAMEN LESS SO         $1.05
  1 LOBOS FLOURTORTIL         $1.50
  1 CHILI CHEESE FRIT         $2.45
  1 ADHESIVE HOOKS/75         $3.60
  1 SUNBLOCK/#20841/1         $3.90
  1 ENVELOPES #10 #65         $1.60
  1 COMPOSITION NOTEB         $1.15
  1 *****CALCULATOR F        $16.95
  1 TOOTHBRUSH SOFT/7         $0.50
  1 PEPERONI DELI BIT         $1.95
  1 PLAYING CARDS #20         $1.85
  1 SPORK-YELLOW/-72         $0.40
  1 BLACK PENS 2PACK          $0.95
  1 BLACK PENS 2PACK          $0.95
  1 SPORK-YELLOW/-72         $0.40

                Total      $101.70

Charge 71150097    $101.70

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.09
Spending Limit Balance is $78.30
Account Balance is $0.09

          Fingerprint Verified

Signature

ALL SALES FINAL- NO REFUNDS! NO RETURNS!
  ID REQIRD
```

**Right receipt:**

```
Sales Invoice   FS BIU..
Lompoc FCC
LOW
Account No. 71150097    TF49777
GOUGHER, MARLIN LEE
02/20/2018 04:06:33 PM TX#3452561    134

BEGINNING BALANCES:
Available Balance is $299.65
Spending Limit Balance is $180.00
Account Balance is $299.65

Qty  Description              Price

  1 COPY CARDS /500 P        $5.00
  1 COPY CARDS /500 P        $5.00
  1 FOREVER STAMP            $9.80
  4 PLASTIC HANGERS #        $1.40
  1 CLEAN PAPER POUCH        $1.45
  1 TORTILLA RDS 12/E        $2.20
  1 WATCH TSKB21 IRON       $41.50
  1 CREAM CHEESE AND         $2.10
  1 BUDDY BARS#70/24         $1.80
  1 BUDDY BARS#70/24         $1.80
  1 RED  LICORICE TWI        $1.60
  1 ANALGESIC/ORAL GE        $1.40
  1 ***** SOAP DISH          $1.45
  1 ***** LED BOOKLIGH      $12.95
  1 PROTECH 10PK RAZO        $1.50
  1 MESH GYM BAG #50         $9.60
  1 CRUNCHY PEANUT BU        $3.10
  1 SRIRACHA PEANUTS         $1.15
  1 ULTRA PRITE #H14         $1.80
  1 CRUZ DARK CHOCOLA        $1.00
  2 TOAST'EM STRW  FO        $3.60
  2 H & H PEANUT #300        $1.20
  1 ASSORTED JOLLY RA        $1.30
  1 SEWING KIT #75240        $2.60
  1 SEWING KIT #75240        $2.60
  2 SHREDDED BEEF/#10        $7.60
  1 POWERCELL AAA BAT        $0.95
  1 ALLERGY RLF/73050        $1.90
  1 FRNH VAN CREAMER         $1.30
  1 POWERCELL AA BATT        $0.75
  1 EAR PLUGS/200            $0.25
  1 EAR PLUGS/200            $0.25

                Total      $131.55

Charge 71150097    $131.55

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $168.10
Spending Limit Balance is $71.75
Account Balance is $168.10

          Fingerprint Verified

Signature

ALL SALES FINAL- NO REFUNDS! NO RETURNS!
  ID REQIRD
```

*Exhibit "E"*

Marlin Gougher
Lompoc Low FCC
3600 Guard Road
Lompoc, CA  93436
7/13/22

U.S. Attornys Office
312 N. Spring Street
Los Angeles, CA  90012

Dear Sir/Mame,
      I want to prosecute CO A. Razos for theft of my property
without provocation.  In addition I am requesting a restraining
order as the guy scares me.  See attached email to AW Greene
regarding the circumstances.  I am also attaching the receipts
of approximately $30.00 - $40.00 of property stolen from me.
I have not received any confiscation form.  Please respond
ASAP.

                              Respectfully,

                              *Marlin [signature]*

                              Marlin Gougher

CC:  ACLU, Queen Ann Gougher, Attorney Carlton F. Gunn, AW Greene,
     Marlin Gougher

Exhibit "F"

TRULINCS  71150097 - GOUGHER, MARLIN LEE - Unit: LOF-C-A

-------------------------------------------------------------------------------------------------------

FROM: 71150097
TO: AW Operations
SUBJECT: ***Request to Staff*** GOUGHER, MARLIN, Reg# 71150097, LOF-C-A
DATE: 07/12/2022 02:15:02 PM

To: AW Greene
Inmate Work Assignment: N/A

AW Greene,
    I am preparing a BP-8 against CO A. Razos.  The guards don't know who the Leutenant on duty is or not willing to disclose
in order to protect A. Razos so I cannot address the BP-8.  This incident occurred on 7/12/22 at 1:00 pm coming back from
recreation move to the dorm.  Before I had left the recreation yard I put on my t-shirt and tucked it in and put my jacket over
that.  As I was coming back CO A. Razos pulled me out of the line coming back and asked me you know why I pulled you out
and I had no idea.  He stated that my t-shirt was untucked in the front, I looked down and pulled on it and the shirt was tucked in
but loosely hanging and I said this little bit and I said oh come on, and then he flew into a rage.  This guy is psychotic and his
behavior is unacceptable and should not be working in the BOP.  He proceeded to conficate my property(gym bag, my coffee
cup, my hat, my sunglasses and thermal t shirt that was in the gym bag) and told me he was going to prepare a confication form
and that I had to show receipts to get it back.  Well I have all the receipts for those items except for the thermal t-shirt that I
believe I purchased in San Diego.  He should be disciplined for his tirade, this is unacceptable over nothing.  I am requesting
my property to be returned and A. Razos to be disciplined.  I also request the Leutenants name whom is on duty this day at that
time so I can complete the BP-8 if necessary.

CC:  ACLU, Queen Ann Gougher, Marlin Gougher, Attorney Carlton F. Gunn, Now Director of the BOP



*Exhibit "G"*

## 5. PROCEDURES FOR HANDLING CONTRABAND

### § 553.13 Procedures for handling contraband.

(a) **Staff shall seize any item in the institution which has been identified as contraband whether the item is found in the physical possession of an inmate, in an inmate's living quarters, or in common areas of the institution.**

(b) **Staff shall dispose of items seized as contraband in accordance with the following procedures.**

Exceptions to these procedures may occur only upon written authorization of the Warden or designee.

The procedures described in this section apply to and include property found in the inmates physical possession, in an inmates living quarters, or in common areas of the institution.

These procedures also encompass the property of inmates processed through Receiving and Discharge (R&D), such as new commitments and inmates received through transfer.

When religious items are confiscated the chaplain must be consulted as to the validity of the items.

(1) **Staff shall return to the institution's issuing authority any item of government property seized as contraband, except where the item is needed as evidence for disciplinary action or criminal prosecution. In such cases, staff may retain the seized property as evidence.**

Seized government property, if not altered, may be placed in normal stock for reissue.

Altered government property, including items an inmate made from government property without staff authorization, will be destroyed at the Warden's discretion.

The Warden may delegate the authority to determine if altered government property is to be destroyed.

The chaplain must be consulted regarding the disposition of religious items confiscated.

(2) **Items of personal property confiscated by staff as contraband are to be inventoried and stored pending identification of the true owner (if in question) and possible disciplinary action. Following an inventory of the confiscated items, staff shall employ the following procedures.**



(i) **Staff shall provide the inmate with a copy of the** inventory as soon as practicable. A copy of this inventory shall also be placed in the inmate's central file.

Placing a copy of the inventory in the Inmate Central File will assist staff in the investigation of

prop

**1**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

possible tort claims.

(ii)   **The inmate shall have seven days following receipt of the inventory to provide staff with evidence of ownership of the listed items.  A claim of ownership may not be accepted for an item made from the unauthorized use of government property. Items obtained from another inmate (for example, through purchase, or as a gift) without staff authorization may be considered nuisance contraband for which a claim of ownership is ordinarily not accepted.**

(iii)  **If the inmate establishes ownership, but the item is identified as contraband, staff shall mail such items (other than hard contraband), at the inmate's expense, to a destination of the inmate's choice.  The Warden or designee may authorize the institution to pay the cost of such mailings when the item had not been altered and originally had been permitted for admission to the institution or had been purchased from the commissary, or where the inmate has insufficient funds and no likelihood of new funds being received.  Where the inmate has established ownership of a contraband item, but is unwilling, although financially able to pay postage as required, or refuses to provide a mailing address for**

return of the property, the property is to be disposed of through approved methods, including destruction of the property.

The **Confiscation** and Disposition of Contraband **form** (BP-A0402) will be completed.

Ordinarily, the Correctional Systems Manager (CSM) is responsible for authorizing the institution to pay mailing costs.

(iv)  **If the inmate is unable to establish ownership, staff shall make reasonable efforts to identify the owner of the property before any decision to destroy the property is made.**

(v)   **Staff shall prepare and retain written documentation describing any items destroyed and the reasons for such action.**

Destroying contraband will be accomplished as follows:

   Ordinarily, the CSM (for R&D only) or Captain or designee receives the inmate's proof of ownership and determines if an item is contraband.

   When it is determined that the item is to be destroyed, the CSM (for R&D only) or Captain or designee will prepare the written documentation describing the item(s) destroyed and the reasons

pro

**2**

© 2023  Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

for this action.

Ordinarily, property is held for 120 days before it is destroyed.  This delay allows an inmate the opportunity to obtain proof of ownership and/or appeal the decision through the Administrative Remedy Procedure.

The employee who actually destroys the property, and at least one staff witness to the disposal, will state in writing that they have witnessed the destruction.

Records of disposal of property will remain on file for at least two years to ensure the availability of information necessary to an investigation of a subsequent tort claim.

**3**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

*Exhibit "H"*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 23, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARLIN LEE GOUGHER, 71150-097
      LOMPOC FCI     UNT: 1 GP     QTR: C03-003L
      3600 GUARD ROAD
      LOMPOC,  CA 93436

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1148496-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED  : JANUARY 4, 2023
SUBJECT 1      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : NO EVIDENCE APPEAL WAS FILED AT THE INSTITUTION.

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Exhibit "J"

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: Gorgher, Marlin L     71150097     B     Lompoc-Low
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** Issue #1, On 7/12/22 I served a BP-8 upon Com, macho A Dorm Mgr, supervisor of A. Razo, Counselor for A Bldg. regarding CO A. Razo conduct. the staff here are sweeping this under the reg which is unacceptible. I received no answer from the BP-8. I then sent a BP-9 ~ by hand delivering to Counselor Macias of B Bldg ~~~~~ see exhibit "B" and received no answer. I then ~~~~~~~ mailed a BP-10 to western and received no response. Due to no response I demand that you rule in my favor and discipline CO ~ A. Razo for his conduct in breaking the law. the details are in Exhibit "B", See Exhibit "E" for the letter I sent to the U.S. Attorney General's Office in Los Angeles.

12/20/22
DATE

Marlin Gorgher
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

JAN 0 4 2023

Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
DATE                              GENERAL COUNSEL

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _____

**Part C—RECEIPT**
                                 CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          _____
DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP–231(13)

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Exhibit "J"

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach-ments must be submitted with this appeal.

From: Gougler, Marlin L    71150097    B    Lompoc-Low
LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

**Part A—REASON FOR APPEAL** Issue #2, on 8/12/22 I served BP-8 upon Commercho's A Domm Unit Mgr, ~~supervisor~~ supervisor of A. Pazo, Counselor for A Bldg, regarding CO A. Pazo actions. The staff here are sweeping this ~~under~~ under the ~~rug~~ rug which is unacceptable, I received No Answer from the BP-8. I then mailed in a BP-9 by hand deliver to counselor Macias of B domm, see Exhibit "C" and received no answer. I then mailed a BP-10 to regional and received not response. Due to no response, I demand that you rule in my favor and make me whole. I also request $200,000 additional for lost of use of property, cruel and unusual punishment, and psychological torture as I am afraid to go out into the yard any more. See Exhibit "D" for the receipts. ~~See Exhibit "E"~~ ~~for the letter I sent to US Attorneys office.~~ See Exhibit "F" for the email I sent to AW Green regarding the matter. I want $50.00 for all the stamps and copies I had to procure and pay for also.

12/20/22
DATE

Marlin Gougler
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
JAN 0 4 2023
Administrative Remedy Section
Federal Bureau of Prisons

_____        GENERAL COUNSEL
DATE                             CASE NUMBER: 1148496

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**                CASE NUMBER: _____

Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.       UNIT          INSTITUTION
SUBJECT: _____

_____        _____
DATE                             SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                          Previously BP–DIR–11                              BP–231(13)
                                                                                   APRIL 1982

PROOF OF SERVICE BY MAIL


I am over the age of 18 and not a party to this cause.
I am a resident of, or employed in, the county where this mailing
occurred. I served the _Civil Suit Marlin Gougher v. Cottette_
_S. Peters, to the Clerk of the Court for the Central_
_District of CA, including Exhibits A-J and cover page for_
_stamping and returning to the plaintiff with the civil case #._
by placing a true copy in a sealed envelope with postage prepaid,
addressed to each person whose name and address is given below,
and depositing the envelope in the United States mail on the
date stated below.


Date of deposit: _3/21/23_    Place of deposit: _Lompoc, CA_
                                                 City and State

I declare under penalty or perjury under the laws of the State
of California that the foregoing is true and correct.

Executed on: _3/20/23_


_3600 Guard Rd_                    _Marlin [signature]_
                                   signature of declarant
_Lompoc, CA 93436_
Residence/business address of
declarant

NAME AND ADDRESS OF EACH PERSON TO WHOM MAILED


_U.S. District Court_
_For the Central District of California_
_255 E Temple St., Rm # 180_
_Office of the Clerk_
_Los Angeles, CA 90012_



Name: Marlin Goucher

No.: 71150097

Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

Special Mail/
Legal Mail

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 2 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

9001283547 C032

<>71150-097<>
Central District Of Ca
Rm# 180
255 E Temple ST
Office of the Clerk
LOS Angeles, CA 90012
United States



FCC LOMPOC
390 1 LEH BLVD
LOMPOC, CA 93436

DATE

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the letter raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information. If you wish to return the enclosed correspondence for any reason, please return it to the above address.

Return to Sender 5/21/23

5/21/23