JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN LEE GOUGHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLLETE S. PETERS,<br><br>　　　　Defendant. | Case No. CV 23-02307-FMO (PD)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND/OR COMPLY WITH COURT ORDER** |

　　　On March 23, 2023, Plaintiff filed a civil right complaint in this Court, (Dkt. 1, "Complaint"), along with a request to proceed in this action without prepayment of the filing fees, (Dkt. 2, "IFP Request"). On May 1, 2023, the Court issued an order granting Plaintiff's IFP Request and directing him to pay an initial partial payment of $3.33, which was due immediately. (Dkt. 7, "May 1, 2023 Order"). The Court cautioned Plaintiff that his failure to comply with the May 1, 2023 Order and pay the initial partial payment within 30 days of the date of the Order could result in this action being dismissed. (Id.).

　　　More than 30 days have now passed and Plaintiff has not paid the initial partial payment or otherwise communicated with the Court.

　　　Accordingly, IT IS HEREBY ORDERED THAT this action is DISMISSED without prejudice for Plaintiff's failure to prosecute and/or comply with the Court's May 1, 2023 Order. See Fed. R.

Civ. P. 41(b); see also Link v. Wabash R. Co., 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss sua sponte [pursuant to Rule 41(b)] for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (9th Cir. 2002) (court may dismiss action for failure to follow court order).

Dated this 12th day of June, 2023.

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE